UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

UNITED STATES OF AMERICA,                )
                                         )
                  Plaintiff,             )
                                         )
         v.                              )         No. 3:08-cr-00029-RLY-CMM
                                         )
MICHAEL REDMOND,                         )   -06
                                         )
                  Defendant.             )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on USPO Petition for Action on Conditions of Supervised Release.   The parties were afforded due opportunity pursuant to statute and the rules of this court to file objection; the parties waived the objection period.   The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation.

**SO ORDERED** this 10th day of April 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record